# United States District Court
# For The Western District of North Carolina
# Asheville Division

ALBERT C. BURGESS, JR.,

    Petitioner,

vs.

HARLEY LAPPIN, Director, Federal
Bureau of Prisons,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:11CV147-03-MU
 (1:09CR17)

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 7, 2011 Order.

Signed: July 7, 2011

Frank G. Johns, Clerk
United States District Court